IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 12-CV-469 RAW |
| BEAR PRODUCTIONS, INC., ) ) | |
| Defendant. ) | |

### ORDER GRANTING DEFENDANT BEAR PRODUCTIONS, INC.'S FOURTH UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For good cause shown, *Defendant Bear Productions, Inc.'s Fourth Unopposed Motion for Additional Time to File Response to Plaintiff's Motion for Summary Judgment* (Doc. No. 52) be and is hereby sustained. Defendant Bear Productions, Inc. is hereby granted an extension of time until July 29, 2013, to file its response to Plaintiff"s Motion for Summary Judgment (Doc. No. 43).

IT IS SO ORDERED this 15th day of July, 2013.

**Dated this 15th day of July, 2013.**

*/s/ Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma