IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-CV-469 RAW |
| BEAR PRODUCTIONS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF TENTATIVE SETTLEMENT

**Counsel for Defendant has discussed the filing of this notice
with counsel for Plaintiff, who has no objection to the filing of same.**

Defendant, Bear Productions, Inc., informs the Court that the parties hereto have reached a tentative settlement agreement, resolving all issues presented in this case. Said agreement is subject to final drafting revisions and approval.

                                      **JAMES, POTTS & WULFERS, INC.**

                                      *s/Shannon Davis*
                                      David W. Wulfers, OBA#9926
                                      Todd Maxwell Henshaw, OBA #4114
                                      Shannon Davis, OBA #15752
                                      2600 Mid-Continent Tower
                                      401 South Boston Avenue
                                      Tulsa, Oklahoma 74103-4015
                                      (918) 584-0881 (*telephone*)
                                      (918) 584-4521 (*facsimile*)
                                      dwulf@jpwlaw.com
                                      thenshaw@jpwlaw.com
                                      sdavis@jpwlaw.com

                                      *Attorneys for Defendant Bear Productions, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 29, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Timothy A. Carney, Esq.
    tcarney@gaglelaw.com

    J. Wiley George, Esq.
    wileygeorge@andrewskurth.com

    Courtney E. Ervin
    courtneyervin@andrewskurth.com

          s/*Shannon Davis*, OBA#15752