IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12-CV-469 RAW |
| BEAR PRODUCTIONS, INC., | ) ) | |
| Defendant. | ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, St. Paul Fire and Marine Insurance Company, and Defendant, Bear Productions, Inc., move for, and stipulate to, the dismissal of this action, and all claims made in it, with prejudice to future filing, with each party to bear their respective costs, expenses and attorney fees.

Respectfully submitted,

**ANDREWS KURTH LLP**

*/s/ Courtney E. Ervin*
J. Wiley George, Texas Bar #07805445
Courtney E. Ervin, Texas Bar #24050571
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4123
(713) 238-7475 – Fax
wileygeorge@andrewskurth.com
courtneyervin@andrewskurth.com

**ATTORNEY FOR PLAINTIFFS ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

(*signed by attorney for Defendant Bear with permission of attorney for Plaintiff*)

**JAMES, POTTS & WULFERS, INC.**

*/s/ Shannon Davis*
David W. Wulfers, OBA #9926
Todd Maxwell Henshaw, OBA #4114
Shannon Davis, OBA #17572
2600 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4015
(918) 584-0881
(918) 584-4521 – Fax
dwulf@jpwlaw.com
thenshaw@jpwlaw.com
sdavis@jpwlaw.com

**ATTORNEYS FOR DEFENDANT BEAR PRODUCTIONS, INC.**